No. 507, Misc. JACKSON v. WILSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 456. NATIONAL LABOR RELATIONS BOARD v. BATA SHOE CO., INC., ET AL. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Madeline Balk* and *Frederick T. Gray* for Bata Shoe Co., Inc., and *Joseph L. Rauh, Jr.,* and *John Silard* for United Shoe Workers of America, AFL–CIO, respondents.

No. 165, Misc. BARNES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *David O. Belew, Jr.,* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 214, Misc. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 244, Misc. PETTETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Paul W. Steer* and *James J. Ryan* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 341, Misc. DANIEL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 448, Misc. WHITE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.